JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON JEFFREY RETANO, | ) | Case No. CV 12-8214-GW (OP) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| G. J. JANDA, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 10, 2013

_____
HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge